■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN RANKIN, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's burglary and larceny convictions are supported by legally sufficient evidence (see, *People v Bleakley,* 69 NY2d 490, 495), and the sentence imposed was not harsh and excessive (see, *People v Farrar,* 52 NY2d 302, 305). (Appeal from judgment of Niagara County Court, Hannigan, J.—burglary, second degree; grand larceny, third degree.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.